# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 23, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156181(62)

PATRICIA T. ESCH, Personal Representative
of the ESTATE OF STEPHEN STILES,
       Plaintiff-Appellee,

v

NASIM YACOB, M.D., JIM MCFADDEN, R.N.,
MINERVA BOOKER, R.N., ESTHER WEST, R.N.,
CLAIRE EVERSON, L.P.N., DORIS LEMMEN,
L.P.N., CORIZON HEALTH, INC.,
       Defendants-Appellants,
and

DAVID SOVA, D.O., and WEST MICHIGAN
URGENT CARE, INC.,
       Defendants-Appellees.
_____/

SC: 156181
COA: 332933
Kent CC: 16-000859-NH

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before September 26, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____August 23, 2017_____



Clerk